5

AO 455(Rev. 5/85) Waiver of Indictment

FILED

**UNITED STATES DISTRICT COURT**

MAY 2 2 2008

**SOUTHERN DISTRICT OF CALIFORNIA**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JESUS RODRIGUEZ-CASTILLO | CASE NUMBER: _08CR1641-JAH_ |

I, _JESUS RODRIGUEZ-CASTILLO_ , the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___5/22/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

Jesus Rodriguez C
_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER