```
                                    ┌─────────────────────────────┐
                                    │          FILED              │
                                    │  ┌───────────────────────┐  │
                                    │  │    JUL 0 9 2008        │  │
                                    │  └───────────────────────┘  │
                                    │  CLERK, U.S. DISTRICT COURT  │
                                    │ SOUTHERN DISTRICT OF CALIFORNIA │
                                    │ BY                  DEPUTY   │
                                    └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _08CR1641GT_ |
| Plaintiff, | I N F O R M A T I O N **(Superseding)** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JESUS RODRIGUEZ-CASTILLO, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about December 12, 1999, within the Southern District of California, defendant JESUS RODRIGUEZ-CASTILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CJB:kmm:San Diego
6/23/08

1

<u>Count 2</u>

On or about April 24, 2008, within the Southern District of California, defendant JESUS RODRIGUEZ-CASTILLO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:  JULY 8, 2008 .

KAREN P. HEWITT
United States Attorney

for  CARLA J. BRESSLER
Assistant U.S. Attorney